MC 06-37 ML
DLM

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

RECEIVED
MAR 20 2006
Property of U.S. District Court
District of Rhode Island

March 15, 2006

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached Schedule CTO-1)

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on February 27, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Marvin E. Aspen
Transferor Judges: (See Attached List of Judges)
Transferor Clerks: (See Attached List of Clerks)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 27 2006

FILED
CLERK'S OFFICE

***DOCKET NO. 1715***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-1)***

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, ____F.Supp.2d____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 15 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1715

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| PENNSYLVANIA EASTERN | | |
| ~~PAE 2 05-1096~~ | ~~Scott T. Reuter, et al. v. WM Specialty Mortgage, LLC, et al.~~ | Opposed 3/13/06 |
| PAE 2 05-4427 | Michele D'Ambrogi, et al. v. Ameriquest Mortgage Co. | |
| ~~PAE 2 05-6112~~ | ~~Jeanette Stokes Godwin v. Argent Mortgage Co., LLC, et al.~~ | Opposed 3/13/06 |
| PENNSYLVANIA WESTERN | | |
| ~~PAW 2 05-391~~ | ~~Karen M. Kahrer v. Ameriquest Mortgage Co.~~ | Opposed 3/15/06 |
| RHODE ISLAND | | |
| ~~RI 1 05-153~~ S | ~~Lillian Melendez v. Ameriquest Mortgage Co.~~ | Vacated 3/09/06 |
| ~~RI 1 05-527~~ S | ~~Eddy G. Pena v. Ameriquest Mortgage Co.~~ | Opposed 3/08/06 |
| ~~RI 1 05-528~~ T | ~~Richard Daneau v. Ameriquest Mortgage Co.~~ | Opposed 3/08/06 |
| ~~RI 1 05-529~~ ML | ~~Maria S. Eyre v. Ameriquest Mortgage Co.~~ | Opposed 3/08/06 |
| ~~RI 1 05-530~~ T | ~~Charles F. Parisi v. Ameriquest Mortgage Co.~~ | Opposed 3/08/06 |
| ~~RI 1 05-531~~ S | ~~Karleen M. Frost v. Ameriquest Mortgage Co.~~ | Opposed 3/08/06 |
| ~~RI 1 05-532~~ ML | ~~Richard J. Silvia v. Ameriquest Mortgage Co.~~ | Opposed 3/08/06 |
| ~~RI 1 05-533~~ ML | ~~Joseph F. Creamer, III v. Ameriquest Mortgage Co.~~ | Opposed 3/08/06 |
| ~~RI 1 05-538~~ S | ~~Renee Leclerc v. Ameriquest Mortgage Co.~~ | Opposed 3/08/06 |
| TENNESSEE MIDDLE | | |
| ~~TNM 3 05-793~~ | ~~Rickie Ann Reese v. Ameriquest Mortgage Co., et al.~~ | Opposed 3/15/06 |